IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| RAYMOND LEON TURNER | § | PLAINTIFF |
| | § | |
| v. | § CIVIL ACTION NO. 1:09CV220-LG-RHW | |
| | § | |
| CAPTAIN PHIL TAYLOR and SHERIFF | § | |
| MELVIN BRISOLARA | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation [25] entered by United States Magistrate Judge Robert H. Walker, the Court, after a full review and consideration of the Report and Recommendations, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Report and Recommendations [25] entered by United States Magistrate Judge Robert H. Walker, be, and the same hereby is, adopted as the finding of this Court. The plaintiff's cause of action is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 26th day of February, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE